IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| HENRY LEE CARTER and GREGORY M. YATES,<br>                              *Plaintiffs,*<br>      v.<br>VIRGINIA STATE BOARD OF ELECTIONS, JEAN CUNNINGHAM, HAROLD PYON, NANCY RODRIGUES, ROBERT F. MCDONNELL, KENNETH T. CUCCINELLI, II, AND BILL BOLLING.<br>                              *Defendants.* | CIVIL ACTION NO. 3:11-CV-7<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

       Plaintiffs brought this action for declaratory and injunctive relief arising out of an alleged violation of the "one person, one vote" standard articulated in *Reynolds v. Sims*, 377 U.S. 533, 558 (1964). For the reasons set forth in the accompanying memorandum opinion, the case is hereby DISMISSED without prejudice, and stricken from the active docket of the court.

       The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

       Entered this __15th__ day of February, 2011.

                                                       */s/ Norman K. Moon*
                                                       NORMAN K. MOON
                                                       UNITED STATES DISTRICT JUDGE